

```
  FILED _____    _____ LODGED
  RECEIVED         _____ COPY

       NOV   9  2017

  CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

**17-05998 MJ**

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-15-32-M-DWM |
| vs. | |
| ERIC DANIEL DOYLE, | **WARRANT FOR ARREST** |
| Defendant. | TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to arrest ERIC DANIEL DOYLE and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Illegal Export; Attempted Illegal Export in violation of Title 18 United States Code, Section 2 and 554, Felon In Possession Of Firearms (Aiding And Abetting) in violation of Title 18 United States Code, Section 2 and 922(g)(1), Straw Purchase/False Statement In Connection With A Firearms Transaction in violation of Title 18 United States Code, Section 922(a)(6), Dealing In Firearms Without A License in violation of Title 18 United States Code, Section 922(a)(1)(A), Unlawful Transfer Of Firearms To An Out-Of-State Resident in violation of Title 18 United States Code, Section 922(a)(5), Possession Of Firearms With Obliterated Serial Number in violation of Title 18 United States Code, Section 922(k), and Mailing Firearms in violation of Title 18 United States Code, Section 1715.

Assigned to: Paulette L. Stewart

_/s/ Athena Cobb_
Athena Cobb, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE ROBERT L. HOLTER
Great Falls, Montana

**BAIL FIXED AT NONE**
Date of Issue: 5th day of November, 2015

| *RETURN* | |
|---|---|
| **DATE RECEIVED:** 11/8/17 | **LOCATION:** POE Nogales, AZ |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** 11/7/17 | *Darrell Bell* |
| **LOCATION:** Nogales, AZ | **UNITED STATES MARSHAL** |
| **BY:** _____ Deputy U.S. Marshal | |

Subject arrested by USMS
and initiated on 11/9/17
in the District of Arizona.

PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

NOV 0 5 2015

Clerk, U.S District Court
District Of Montana
Great Falls

17-05998MJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 15-32 -M-DLOM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs.<br><br>ERIC DANIEL DOYLE,<br>JEFFREY LEE PALMER,<br>BRIAN SPAIN,<br>TANNA LEE MEAGHER, and<br>JAY WILLIAM ISLES, Sr.,<br><br>Defendants. | **ILLEGAL EXPORT; ATTEMPTED ILLEGAL EXPORT**<br>Title 18 U.S.C. §§ 2 and 554 (Counts 1-13)<br>(Penalty: Mandatory minimum five years to 20 years imprisonment, $250,000 fine, and three years supervised release)<br><br>**FELON IN POSSESSION OF FIREARMS (AIDING AND ABETTING)**<br>Title 18 U.S.C. §§ 2 and 922(g)(1)<br>(Counts 14-15)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**STRAW PURCHASE/FALSE STATEMENT IN CONNECTION WITH A FIREARMS TRANSACTION**<br>Title 18 U.S.C. § 922(a)(6) (Count 16)<br>(Penalty: Ten years imprisonment, $250,00 fine, and three years supervised release) |

| | |
|---|---|
| | **TRANSFERRING FIREARMS TO A PROHIBITED PERSON**<br>Title 18 U.S.C. § 922(d)(1) (Count 17)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**DEALING IN FIREARMS WITHOUT A LICENSE**<br>Title 18 U.S.C. § 922(a)(1)(A) (Count 18)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release)<br><br>**UNLAWFUL TRANSFER OF FIREARMS TO AN OUT-OF-STATE RESIDENT**<br>Title 18 U.S.C. § 922(a)(5) (Counts 19-31)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release)<br><br>**POSSESSION OF FIREARMS WITH OBLITERATED SERIAL NUMBERS**<br>Title 18 U.S.C. § 922(k) (Count 32)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release)<br><br>**MAILING FIREARMS**<br>Title 18 U.S.C. § 1715 (Counts 33-46)<br>(Penalty: Two years imprisonment, $250,000 fine, and one year supervised release) |

THE GRAND JURY CHARGES:

## COUNTS 1-10

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendants, ERIC DANIEL DOYLE, JEFFREY LEE PALMER, BRIAN SPAIN, TANNA LEE MEAGHER, and JAY WILLIAM ISLES, Sr.,

knowingly and unlawfully exported from the United States, any merchandise, article, and object, contrary to any law and regulation of the United States, and did aid and abet the same, in violation of 18 U.S.C. §§ 2 and 554, at the dates and locations below:

| Count | Date | Location | Firearm(s) in Package | Destination |
|---|---|---|---|---|
| 1 | April 15, 2014 | Kalispell, MT | Springfield, XD-9, 9mm caliber pistol, serial number US904033 | D.N. in Australia |
| 2 | April 15, 2014 | Kalispell, MT | Ruger, SR40C, .40 caliber pistol, serial number 343-52407 | C.W. in Australia |
| 3 | June 23, 2014 | Lakeside, MT | Taurus, PT24/7 Pro, .45 ACP caliber pistol, serial number obliterated Springfield, XD, .40 caliber pistol, serial number obliterated | D.T. in Australia |
| 4 | June 23, 2014 | Lakeside, MT | Sturm/Ruger, Model Unknown .45 caliber pistol, serial number obliterated Walther, MP22, .22 caliber pistol, serial number obliterated | T.T. in Australia |
| 5 | June 25, 2014 | Missoula, MT | Taurus, Tracker, .44 Magnum caliber pistol, serial number obliterated Hi-Point, JCP, .40 S&W caliber pistol, serial number obliterated | R.S. in Australia |

3

| 6 | June 25, 2014 | Missoula, MT | Taurus, Ultra Lite, .38 Special Revolver, serial number obliterated Smith & Wesson, unknown model, caliber unknown, revolver, serial number obliterated | A.T.N. in Australia |
|---|---|---|---|---|
| 7 | July 29, 2014 | Browning, MT | Ruger, Blackhawk, .357 Magnum revolver, serial number obliterated | A business located in Australia |
| 8 | July 29, 2014 | Browning, MT | Jimenez Arms, 9mm semi-automatic pistol, serial number obliterated | C.W. in Australia |
| 9 | July 29, 2014 | Browning, MT | Intratec, 9mm caliber pistol, serial number obliterated | N.H. in Sweden |
| 10 | July 29, 2014 | Browning, MT | Unidentified firearm | R. in Norway |

## COUNTS 11-13

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendants, ERIC DANIEL DOYLE, JEFFREY LEE PALMER, BRIAN SPAIN, and TANNA LEE MEAGHER, knowingly and unlawfully attempted to export from the United States, any merchandise, article, and object, contrary to any law and regulation of the United States, and did aid and abet the same, in violation of 18 U.S.C. §§ 2 and 554, at the dates and locations below:

4

| Count | Date | Location | Firearms in Package | Destination |
|---|---|---|---|---|
| 11 | June 6, 2014 | Missoula, MT | Walther, P22, .22 caliber pistol, serial number obliterated<br>Jimenez, J.A. 380, .380 auto caliber pistol, serial number obliterated | J.Y. in Australia |
| 12 | June 6, 2014 | Missoula, MT | Jimenez, J.A. Nine, 9 mm caliber pistol, serial number obliterated<br>Radom, P-64, 9mm x 16 caliber pistol, serial number AW10131 – serial number on the slide was obliterated | C.L. in Australia |
| 13 | June 6, 2014 | Missoula, MT | Hi-Point, CF380, .380 ACP caliber pistol, serial number obliterated | M.A. in Denmark |

## COUNT 14

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendant, ERIC DANIEL DOYLE, having been convicted on May 5, 2006, of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Illinois, knowingly and unlawfully possessed, in and affecting interstate commerce, the firearms listed below, and was aided and abetted in the same by defendants, TANNA LEE MEAGHER and BRIAN LEE SPAIN, all in violation of 18 U.S.C. §§ 2 and 922(g)(1). Those firearms include the firearms listed in Counts 1 through 13 listed above as well as:

- Glock, 20, 10mm semi-automatic pistol, serial number UWM096;
- Glock, 20C, 10mm semi-automatic pistol, serial number SMA847;
- Glock, 29, 10mm semi-automatic pistol, serial number UFU683;
- Glock, 29, 10mm semi-automatic pistol, serial number UFU682;
- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number obliterated;
- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number obliterated;
- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number obliterated;
- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number obliterated;
- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number obliterated;
- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number obliterated;
- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number obliterated;

- Jimenez Arms, J.A. 22, .22 LR semi-automatic pistol, serial number obliterated;

- Jimenez Arms, J.A. 22, .22 LR semi-automatic pistol, serial number obliterated;

- Jimenez Arms, J.A. 22, .22 LR semi-automatic pistol, serial number obliterated; and

- Jimenez Arms, J.A. 22, .22 LR semi-automatic pistol, serial number obliterated.

## COUNT 15

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendant, JEFFREY LEE PALMER, having been convicted on December 13, 1999, of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Texas, knowingly and unlawfully possessed, in and affecting interstate commerce, the firearms listed below, in violation of 18 U.S.C. § 922(g)(1). Those firearms include the firearms listed in Counts 11 through 13 listed above as well as:

- Taurus, PT840, .40 caliber pistol, serial number SEM38936;

- Hi-Point Firearms, 4595, .45 caliber ACP semi-automatic rifle, serial number R09597; and

7

- Bear Creek Arsenal, BCA15, .223/5.56 caliber semi-automatic rifle, serial number 01918.

## COUNT 16

That on or about June 16, 2014, in Flathead County, in the State and District of Montana, the defendant, TANNA LEE MEAGHER, in connection with her acquisition of the firearms listed below from Richard Morken, a licensed firearms dealer, knowingly made a false and fictitious written statement to that dealer which statement was likely to deceive Richard Morken, as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, of the United States Code, that is, the defendant represented on an ATF Firearms Transaction Record form 4473 that she was the "actual buyer," when in truth and in fact, as the defendant then well knew, she was purchasing the firearms on behalf of Eric Doyle, in violation of 18 U.S.C. § 922(a)(6), and the defendant, ERIC DANIEL DOYLE, did aid in abet in the same, in violation of 18 U.S.C. § 2. The firearms are:

- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number 307962;

- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number 306260;

8

- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number 306265;
- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number 307430;
- Jimenez Arms, J.A. 380, .380 semi-automatic pistol, serial number 288163;
- Jimenez Arms, J.A. 22, .22 semi-automatic pistol, serial number 1236669;
- Jimenez Arms, J.A. 22, .22 semi-automatic pistol, serial number 1236668;
- Jimenez Arms, J.A. 22, .22 semi-automatic pistol, serial number 1236666;
- Jimenez Arms, J.A. 22, .22 semi-automatic pistol, serial number 1237686;
- Jimenez Arms, J.A. 22, .22 semi-automatic pistol, serial number 123683;
- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number 302861;

- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number 302872;

- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number 303740;

- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number 303741; and

- Jimenez Arms, J.A. Nine, 9mm semi-automatic pistol, serial number 303785.

## COUNT 17

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendant, BRIAN SPAIN, knowingly and unlawfully sold and otherwise transferred the firearms listed below to Eric Daniel Doyle knowing and having reasonable cause to believe that Eric Daniel Doyle was previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(d)(1).   The firearms are:

- Glock, 20, 10mm semi-auto pistol, serial number UWM096;

- Glock, 20C, 10mm semi-auto pistol, serial number SMA847;

- Glock, 29, 10mm semi-auto pistol, serial number UFU683; and

- Glock, 29, 10mm semi-auto pistol, serial number UFU682.

10

## COUNT 18

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendants, ERIC DANIEL DOYLE, JEFFREY LEE PALMER, and BRIAN SPAIN, willfully engaged in the business of dealing in firearms without being a licensed dealer of firearms, in violation of 18 U.S.C. § 922(a)(1)(A).

## COUNTS 19-31

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendants, ERIC DANIEL DOYLE, JEFFREY LEE PALMER, and BRIAN SPAIN, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully sell firearms, listed below, to others, who were not licensed dealers in firearms, and said defendant knew and had reasonable cause to believe that the others also listed below were not residing in the State of Montana, the state in which the defendant was residing at the time of the aforesaid sale, in violation of 18 U.S.C. § 922(a)(5), as previously listed in Counts 1 through 13 above:

| Count | Date | Location | Firearm(s) in Package | Destination |
|---|---|---|---|---|
| 1/ 19 | April 15, 2014 | Kalispell, MT | Springfield, XD-9, 9mm caliber pistol, serial number US904033 | D.N. in Australia |

| | | | | |
|---|---|---|---|---|
| 2/ 20 | April 15, 2014 | Kalispell, MT | Ruger, SR40C, .40 caliber pistol, serial number 343-52407 | C.W. in Australia |
| 3/ 21 | June 23, 2014 | Lakeside, MT | Taurus, PT24/7 Pro, .45 ACP caliber pistol, serial number obliterated Springfield, XD, .40 caliber pistol, serial number obliterated | D.T. in Australia |
| 4/ 22 | June 23, 2014 | Lakeside, MT | Sturm/Ruger, Model Unknown .45 caliber pistol, serial number obliterated Walther, MP22, .22 caliber pistol, serial number obliterated | T.T. in Australia |
| 5/ 23 | June 25, 2014 | Missoula, MT | Taurus, Tracker, .44 Magnum caliber pistol, serial number obliterated Hi-Point, JCP, .40 S&W caliber pistol, serial number obliterated | R.S. in Australia |
| 6/ 24 | June 25, 2014 | Missoula, MT | Taurus, Ultra Lite, .38 Special Revolver, serial number obliterated Smith &Wesson, unknown model, caliber unknown, revolver, serial number obliterated | A.T.N. in Australia |
| 7/ 25 | July 29, 2014 | Browning, MT | Ruger, Blackhawk, .357 Magnum revolver, serial number obliterated | A business located in Australia |
| 8/ 26 | July 29, 2014 | Browning, MT | Jimenez Arms, 9mm semi-automatic pistol, serial number obliterated | C.W. in Australia |
| 9/ 27 | July 29, 2014 | Browning, MT | Intratec, 9mm caliber pistol, serial number obliterated | N.H. in Sweden |

| 10/28 | July 29, 2014 | Browning, MT | Unidentified firearm | R. in Norway |
|---|---|---|---|---|
| 11/29 | June 6, 2014 | Missoula, MT | Walther, P22, .22 caliber pistol, serial number obliterated<br>Jimenez, J.A. 380, .380 auto caliber pistol, serial number obliterated | J.Y. in Australia |
| 12/30 | June 6, 2014 | Missoula, MT | Jimenez, J.A. Nine, 9 mm caliber pistol, serial number obliterated<br>Radom, P-64, 9mm x 16 caliber pistol, serial number AW10131 – serial number on the slide was obliterated | C.L. in Australia |
| 13/31 | June 6, 2014 | Missoula, MT | Hi-Point, CF380, .380 ACP caliber pistol, serial number obliterated | M.A. in Denmark |

## COUNT 32

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendants, ERIC DANIEL DOYLE, JEFFREY LEE PALMER, and BRIAN SPAIN, knowingly possessed firearms with obliterated serial numbers, listed below, that had been shipped and transported in interstate commerce, from which the manufacturer's serial numbers had been removed, altered, and obliterated, in violation of 18 U.S.C. § 922(k); those firearms are listed above in Counts 3-14 of this Indictment.

## COUNTS 33-46

That between approximately January 2014 and continuing until September 2014, in Flathead, Missoula, and Glacier Counties, in the State and District of Montana, the defendants, ERIC DANIEL DOYLE, JEFFREY LEE PALMER, BRIAN SPAIN, TANNA LEE MEAGHER, and JAY WILLIAM ISLES Sr., knowingly deposited for mailing and caused to be delivered by mail, any pistol and firearm declared non-mailable, and did aid and abet in the same, in violation of 18 U.S.C. §§ 2 and 1715, as previously listed in Counts 1 through 13 above:

| Count | Date | Location | Firearm(s) in Package | Destination |
|---|---|---|---|---|
| 1/33 | April 15, 2014 | Kalispell, MT | Springfield, XD-9, 9mm caliber pistol, serial number US904033 | D.N. in Australia |
| 2/34 | April 15, 2014 | Kalispell, MT | Ruger, SR40C, .40 caliber pistol, serial number 343-52407 | C.W. in Australia |
| 3/35 | June 23, 2014 | Lakeside, MT | Taurus, PT24/7 Pro, .45 ACP caliber pistol, serial number obliterated Springfield, XD, .40 caliber pistol, serial number obliterated | D.T. in Australia |
| 4/36 | June 23, 2014 | Lakeside, MT | Sturm/Ruger, Model Unknown .45 caliber pistol, serial number obliterated Walther, MP22, .22 caliber pistol, serial number obliterated | T.T. in Australia |

| | | | | |
|---|---|---|---|---|
| 5/ 37 | June 25, 2014 | Missoula, MT | Taurus, Tracker, .44 Magnum caliber pistol, serial number obliterated<br>Hi-Point, JCP, .40 S&W caliber pistol, serial number obliterated | R.S. in Australia |
| 6/ 38 | June 25, 2014 | Missoula, MT | Taurus, Ultra Lite, .38 Special Revolver, serial number obliterated<br>Smith &Wesson, unknown model, caliber unknown, revolver, serial number obliterated | A.T.N. in Australia |
| 7/ 39 | July 29, 2014 | Browning, MT | Ruger, Blackhawk, .357 Magnum revolver, serial number obliterated | A business located in Australia |
| 8/ 40 | July 29, 2014 | Browning, MT | Jimenez Arms, 9mm semi-automatic pistol, serial number obliterated | C.W. in Australia |
| 9/ 41 | July 29, 2014 | Browning, MT | Intratec, 9mm caliber pistol, serial number obliterated | N.H. in Sweden |
| 10/ 42 | July 29, 2014 | Browning, MT | Unidentified firearm | R. in Norway |
| 11/ 43 | June 6, 2014 | Missoula, MT | Walther, P22, .22 caliber pistol, serial number obliterated<br>Jimenez, J.A. 380, .380 auto caliber pistol, serial number obliterated | J.Y. in Australia |
| 12/ 45 | June 6, 2014 | Missoula, MT | Jimenez, J.A. Nine, 9 mm caliber pistol, serial number obliterated<br>Radom, P-64, 9mm x 16 caliber pistol, serial number AW10131 – serial number on the slide was obliterated | C.L. in Australia |

| 13/ 46 | June 6, 2014 | Missoula, MT | Hi-Point, CF380, .380 ACP caliber pistol, serial number obliterated | M.A. in Denmark |

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓✓✓ — Palmer Spain
Warrant ✓-Doyle Meagher Isles
Bail _____

Summons Appearance
set for 12/2/15 @ 1:30pm
w/Judge Lynch